N° 2.

Supreme Court .

*James May*
*vs.*
*John W. Burnet*

Hunt & Larned  Defts Atts.
filed in court 29 Sept$^{ber}$ 1818.

SUPREME COURT

*James May*
*vs.*
*John W. Burnet*

And the said Defendant by M$^c$Dougall Hunt & Larned his Attornies, comes & defends the wrong and injury, when, &$^c$ and says that the said Plaintiff ought not to have or maintain his aforesaid action thereof against him, because he says that he the said Defendant never was Executor of the last will and testament of the Said William Burnet deceased, nor ever administered any of the goods and Chattels which were of the said William Burnet deceased, at the time of his death as Executor of the last will and

testament of the said William Burnet deceased, in manner and form as the said Plaintiff hath above in his said declaration in that behalf alleged.

And this he the said Defendant is ready to verify, wherefore he prays judgment, if the said Plaintiff ought to have or maintain his aforesaid action thereof against him &c

<div align="right">

M<sup>c</sup>DOUGALL       HUNT & LARNED
for Deft           Defts. Atts.